**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARC LAJEUNESSE,**

 **Plaintiff,**

-vs-                                                     **Case No.  6:05-cv-1155-Orl-22JGG**

**INTIER AUTOMOTIVE INTERIORS OF**
**AMERICA, INC., and SCOTT STAUBER,**

 **Defendants.**
_____

## ORDER TO SHOW CAUSE

This cause comes before the Court upon a review of the case.  The Court has been advised by the Mediator that the mediation conference scheduled for May 15, 2006 was cancelled.

Based on the foregoing, it is ordered as follows:

1.      No later than **June 28, 2006** the parties shall show cause as to why they should not be sanctioned for failing to comply with this Court's Order referring this case to mediation.  Failure to respond to this Order shall result in this action being dismissed for lack of prosecution, without further notice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 20, 2006.

_____
ANNE C. CONWAY
United States District Judge

-2-

Copies furnished to:

Counsel of Record
Unrepresented Party