**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**MARC LAJEUNESSE,**

    **Plaintiff,**

vs.                                      CASE NO.:  6:05-CV-1155-Orl-22JGG

**INTIER AUTOMOTIVE INTERIORS
OF AMERICA, INC., a foreign corporation,
and SCOTT STAUBER, a citizen and resident
of the State of Florida,**

    **Defendants,**

_____/

**DEFENDANTS' RESPONSE, WITH PLAINTIFF'S AGREEMENT, TO ORDER
TO SHOW CAUSE**

**COME NOW**, Defendants, **INTIER AUTOMOTIVE INTERIORS OF AMERICA, INC.,** and **SCOTT STAUBER**, by and through their undersigned counsel, and, with Plaintiff's agreement, in response to the Court's Order To Show Cause dated June 20, 2006, hereby state as follows:

1. The parties were scheduled to appear in Orlando for mediation before Jay Cohen, Esq., on May 15, 2006, at 9:00 a.m.

2. In the week leading up to mediation, the parties diligently engaged in numerous in-depth discussions to ascertain whether it was possible for them to resolve their differences prior to the expenditure of further resources in the litigation of this matter. The parties were able to come to a resolution of their differences and

       contacted the mediator's office in the late afternoon on Friday, May 12, 2006, to relay such. As Mr. Cohen was not then available, the undersigned counsel for Defendants and Eric Lang, Esq., for Plaintiff, informed Mr. Cohen's assistant that the parties had resolved their differences and, as such, mediation was no longer required in this matter. The parties were informed that they would be invoiced for a cancellation fee. At a minimum, Defendants received such an invoice. Defendants believed that the mediator, through his assistant, was therefore aware of the circumstances leading to a cancellation of the mediation and would so indicate in his file or as he might otherwise be required to do.

3. It was anticipated that the parties would file a joint stipulation of voluntary dismissal with prejudice thereafter for the Court's review. Defendants believed that this was, among other things, the most efficient way to conclude this matter. It has taken longer than intended for the parties to conclude this matter and file such joint stipulation due, in part, to the diverse geographic locations of the various parties and legal counsel. To the extent that the Court was not informed sooner, Defendants respectfully apologize for this oversight and any inconvenience that has resulted to the Court therefrom. Rather, as relayed, it was the parties' intention to conclude this matter expeditiously and file the appropriate stipulation.

4. When this Order to Show Cause was received, the undersigned counsel for Defendants spoke to one of Plaintiff's counsel, Eric Lang, regarding the same. In order to conserve further resources, the parties agreed Defendants would respond to

      such Order, with Plaintiff's agreement with and acquiescence to such response. In this regard, prior to the filing of this response, Plaintiff's counsel, Eric Lang, has relayed that Defendants may indicate Plaintiff's agreement herewith and that Plaintiff joins in the same.

5. For the foregoing reasons, Defendants respectfully request that the parties be permitted to file their joint stipulation of dismissal with prejudice hereafter in accordance with the Court's subsequent order of dismissal in this matter as no party hereto will be prejudiced thereby Likewise, Defendants, with the Plaintiff's agreement with and acquiescence to this response, further request that this Court not issue sanctions for failure to mediate this case as initially scheduled, for good cause, *i.e.,* that they had in fact resolved their differences prior to such mediation and so informed the mediator.

      **DATED** this 28th day of June, 2006.

      Respectfully submitted,

      **OGLETREE DEAKINS NASH
SMOAK & STEWART, P.C.**

      /s/ *M. Kristen Allman*
M. Kristen Allman
Florida Bar No. 708010
kristen.allman@ogletreedeakins.com
100 N. Tampa Street, Suite 3600
Tampa, Florida 33602
Telephone:  813.289.1247
Facsimile:   813.289.6530

3

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished under the Court's E-filing system to Plaintiff's counsel, Mark A. Nation, Esq., The Nation Law Firm, 570 Crown Oak Centre Drive, Longwood, FL 32750, and by electronic mail to Eric C. Lang, Esq., The Lang Legal Group LLC, 1800 Century Place, Suite 570, Atlanta, GA 30345, this 28th day of June, 2006.

> /s/ *M. Kristen Allman*
> M. Kristen Allman
> Florida Bar No. 708010
> kristen.allman@ogletreedeakins.com
> 100 N. Tampa Street, Suite 3600
> Tampa, Florida 33602
> Telephone:  813.289.1247
> Facsimile:   813.289.6530